UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL EDWARDS, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> DALLAS COUNTY JAIL MEDICAL ) <br> DEPT., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 3:07-CV-0886-G <br><br> **ECF** |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

September 13, 2007.

_____
A. JOE FISH
CHIEF JUDGE